### ST. LOUIS & S. F. R. CO. v. ROSE.

(Circuit Court of Appeals, Sixth Circuit. February 29, 1908.)

#### No. 1,748.

TRIAL—IMPROPER ARGUMENT—ERROR CURED.

The withdrawal of counsel's improper argument and an instruction that the jury must ignore it cured counsel's error in making the argument and the court's error in overruling an objection thereto.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trial, §§ 315, 316.]

In Error to the Circuit Court of the United States for the Western District of Tennessee.

C. H. Trimble, for plaintiff in error.
W. A. Percy and T. F. Kelly, for defendant in error.

Before LURTON, SEVERENS and RICHARDS, Circuit Judges.

PER CURIAM. The observations of the attorney for the plaintiff to the jury, made the subject of exception below and assigned as error here, were reprehensible, and the trial judge should have sustained the objection made at the time. Later the plaintiff's counsel withdrew the objectionable argument, and the court instructed the jury that they must ignore the argument. This cured the matter. Dunlop v. U. S., 165 U. S. 487, 17 Sup. Ct. 375, 41 L. Ed. 799.

The other errors assigned are overruled, and the judgment affirmed.